**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARTIN MALBERG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT CASHEN, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-04386-BLF<br><br>**ORDER DISMISSING CLAIMS AGAINST TEMO GONZALEZ FOR LACK OF SERVICE** |

Plaintiff filed the complaint in this action on July 28, 2022. ECF No. 1. The complaint named as Defendants Robert Cashen, Allison Dundas, Christine Guerra, and Temo Gonzalez. On October 4, 2022, Plaintiff filed a return of summons stating that Temo Gonzalez had been served. ECF No. 13. The Court struck the return of summons without prejudice to filing a corrected version because it contains handwritten modifications to the process server's declaration that appear to have been written by a different person than the signatory. *See* ECF No. 15. On November 9, 2022, Plaintiff had not yet filed a corrected return of summons. The Court therefore ordered Plaintiff to show cause on or before November 23, 2022, why Mr. Gonzalez should not be dismissed for failure to effect service of process within the time provided under Federal Rule of Civil Procedure 4(m). *See* ECF No. 26.

//
//
//
//
//
//

1    Plaintiff has neither responded to the Court's order to show cause nor filed a corrected
2 return of summons for Temo Gonzalez.  Accordingly, the claims against Temo Gonzalez are
3 DISMISSED WITHOUT PREJUDICE under Rule 4(m).

**IT IS SO ORDERED.**

Dated:  December 20, 2022

_____
BETH LABSON FREEMAN
United States District Judge