UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS TURNER,<br><br>   Plaintiff,<br><br>  v.<br><br>WEST COUNTY DETENTION FACILITY, et al.,<br><br>   Defendants. | Case No. 22-cv-03396 BLF (PR)<br><br>**JUDGMENT** |

  The Court has dismissed the instant civil rights action with prejudice for failure to state a claim. Judgment is entered accordingly.

  The Clerk shall close the file.

  **IT IS SO ORDERED.**

Dated:  __December 19, 2022_____

          _____
          BETH LABSON FREEMAN
          United States District Judge

Judgment
PRO-SE\BLF\CR.22\03396Turner_judgment